IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE L. CARPER,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL G. HEAVICAN, Hon., Chief Justice, Nebraska Supreme Court; and STATE OF NEBRASKA,<br><br>               Defendants. | **4:14CV3060**<br><br>**ORDER** |

      This matter is before the Court on plaintiff's motion to reconsider, Filing No. 30, this Court's order and judgment, Filing Nos. 28 and 29. Plaintiff also files a motion to clarify, Filing No. 32, a motion for an assignment of a judge with knowledge on federal Violence Against Women Act Provisions, Filing No. 33, and motion for Rule 37 enforcement, Filing No. 35. The Court has reviewed each of these motions and finds they are frivolous and without merit. Accordingly, the Court will deny the same.

      THEREFORE, IT IS ORDERED THAT plaintiff's motion to reconsider, Filing No. 30, motion to clarify, Filing No. 32, motion for an assignment of a judge with knowledge on federal Violence Against Women Act Provisions, Filing No. 33, and motion for Rule 37 enforcement, Filing No. 35, are all denied.

      Dated this 23rd day of January, 2015

                                                                BY THE COURT:

                                                               s/ Joseph F. Bataillon<br>
                                                                Senior United States District Judge